IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA MACDONALD : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| TPG HOTELS & RESORTS, INC., : | NO. 24-4830 |
| et al., : | |

## ORDER

AND NOW, this 20th day of August, 2025, upon consideration of the cross-motions for summary judgment with respect to TPG Hotels & Resorts, Inc.'s ("TPG") cross-claim for indemnification that were filed by Defendant, TPG at Dkt. #30 and by Defendant ANZ SPE Langhorne, LLC ("ANZ") at Dkt. #31, it is hereby ORDERED that TPG's motion (Dkt. #30) is GRANTED, and ANZ's motion (Dkt. #31) is DENIED. Summary judgment is entered in favor of TPG with respect to its crossclaim against ANZ. ANZ is required to indemnify TPG to the fullest extent required by the contract between the Defendants.

It is FURTHER ORDERED that all Parties to this case, including Plaintiff, should jointly write to this Court within seven days of this order to inform the Court whether the stay on discovery should be lifted or if the Parties would like to proceed to pre-discovery mediation.

BY THE COURT:

_____
GAIL WEILHEIMER         J.